372 A.2d 428
Commonwealth v. Saunders, Appellant.

Submitted December 15, 1975. Norris E. Gelman, for appellant; Ian Comisky, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 429
Commonwealth v. Smiley, Appellant.

Submitted April 20, 1976. Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.